■ Gaus Mohammed Khan, Appellant, v Shaheen Ali, Respondent. [17 NYS3d 305]—Appeal from an order of the Supreme Court, Rockland County (Robert M. Berliner, J.), dated August 15, 2013. The order denied, without a hearing, the plaintiff's motion for a downward modification of his spousal maintenance obligation and for an award of child support in his favor in accordance with the guidelines established by the Child Support Standards Act.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied, without a hearing, that branch of the plaintiff's motion which was for a downward modification of his spousal maintenance obligation, because the plaintiff failed to allege facts that, if true, would establish that continued enforcement of the existing maintenance obligation would create extreme hardship (*see Capozzoli v Capozzoli*, 81 AD3d 584, 585 [2011]).

Further, under the circumstances of this case, the Supreme Court properly denied, without a hearing, that branch of the plaintiff's motion which was, in effect, for an award of child support in his favor in accordance with the guidelines established by the Child Support Standards Act (*see* Domestic Relations Law § 240 [1-b]). Mastro, J.P., Balkin, Sgroi and Duffy, JJ., concur.